# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JASON CHRISTOPHER SHAFFETTE

VERSUS

CITY OF SLIDELL AND ST.
TAMMANY PARISH GOVERNMENT

NO.  2020 CW 1225

**MARCH 15, 2021**

---

In Re:    St. Tammany Parish Government and The City of Slidell,
          applying for supervisory writs, 22nd Judicial District
          Court, Parish of St. Tammany, No. 2016-11791.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **GH**
                              **AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT